JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| JEREMIAH M. D., | Case No. CV 23-10872-MWC (AS) |
|      Plaintiff, | **JUDGMENT** |
|    v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
|      Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 30, 2025

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE